UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL LAKIN SCHATZ,

                Plaintiff,

       -v-

NORTH AMERICAN VAN LINES,
INC.,

                Defendant.

26-CV-1714 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has received a notice of consent to having a United States magistrate judge conduct all proceedings in this case, which is attached to this Order.  (ECF No. 5.)  The form is signed by only counsel for Defendant.  However, to consent to proceeding before a magistrate judge for all purposes, all parties or their counsel must sign the consent form.  If both parties consent to proceeding before a magistrate judge for all purposes, Plaintiff or her counsel must also sign the attached form and the parties must either file the completed form on the docket or email the completed form to the Court's email address,

OetkenNYSDChambers@nysd.uscourts.gov.

      Defendant shall provide a copy of this Order and the attached form to Plaintiff.

      SO ORDERED.

Dated: March 9, 2026
      New York, New York

                                 J. PAUL OETKEN
                        United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| Jil Lakin Schatz | ) |
| *Plaintiff* | ) |
| v. | ) |
| North American Van Lines, Inc. | ) |
| *Defendant* | ) |

Civil Action No.    1:26-cv-01714-JPO

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| defendant, North American Van Lines, Inc. and Attorney James A. Wescoe | /s/ James A. Wescoe | 03/05/2026 |
|  |  |  |
|  |  |  |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.