UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL LAKIN SCHATZ,

                          Plaintiff,

          -v-

NORTH AMERICAN VAN LINES,
INC.,

                          Defendant.

26-CV-01714 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is discontinued without prejudice

and without costs; provided, however, that within 30 days after the date of this Order, (1) the

Plaintiff may apply by letter motion to reopen this action in the event that the settlement is not

consummated, and (2) the parties may submit their own stipulation of settlement and dismissal

for the Court to so-order.

If no application to reopen is filed within 30 days after the date of this Order, then (1) all

claims in this case shall be deemed dismissed with prejudice (unless otherwise specified in the

parties' stipulation of dismissal), and (2) any application to reopen will be denied as untimely.

Any currently scheduled conferences and deadlines are adjourned *sine die*.  The Clerk of

Court is directed to terminate all pending motions and close this case.

SO ORDERED.

Dated: May 20, 2026
       New York, New York

_____
        J. PAUL OETKEN
     United States District Judge